CHARLES FRED FLANNELL ET AL. *v.*
PATRICIA KANE ET AL.
(8426)

SPALLONE, NORCOTT and LAVERY, Js.

Argued April 17—decision released April 18, 1990

*Patricia Kane,* pro se, the appellant (named defendant).

*Rudra Tamm,* for the appellees (plaintiffs).

PER CURIAM. After oral argument, both parties concede that the issues raised in the named defendant's appeal from the trial court's granting of the plaintiffs' motion to extend the sale date, now past, in the underlying foreclosure action are now moot.

The appeal is dismissed and the case is remanded to the trial court for a new sale date to be set.